IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*                                        :    Chapter 7

                                                :

                                                :

Christopher Russell Crouthers,                  :

                                                :

      Debtor                                 :    Bankruptcy No. 23-10960 (AMC)

## CONSENT ORDER
## REVISING BIFURCATED FEE AGREEMENTS

WHEREAS, the Debtor and counsel for the Debtor entered into bifurcated fee agreements in connection with the instant case.

WHEREAS, by Standing Order M-22-3006 this Court created notice and review procedures relating to bifurcated fee agreements employed in chapter 7 proceedings.

WHEREAS, 11 U.S.C. Section 329 provides for review of payment of compensation in transactions between debtor's and their attorney.

WHEREAS, Andrew R. Vara, United States trustee for Regions 3 & 9 (hereinafter "UST") informally engaged with counsel for the Debtor in review of the bifurcated fee agreements employed in this case.

AND WHEREAS, in order to address the issues and concerns raised by the UST, counsel for the Debtor and the UST have agreed and consented to certain revisions to the bifurcated fee agreements between Debtor and Debtor's counsel in this case.

NOW THEREFORE, upon the Motion of the UST and with consent by Debtor's counsel, it is on this ____3rd____ day of ____August_____, 2023, ORDERED that the bifurcated fee

agreements employed in the instant case be and are hereby amended and conformed as set forth

on the attachments hereto.

_____
ASHELY M. CHAN
United State Bankruptcy Judge

Consent is hereby given to the form
and content of the within Order.


CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

# Exhibit 1

# Revised Prefiling Agreement REDLINED

## Pre-Filing Chapter 7 Bankruptcy Fee Agreement

By signing this agreement, you are hiring Cibik Law, P.C. (the "Law Firm") to represent you in a chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## The Work Involved in a Chapter 7 Case

We will give you two options below to pay our fees and the costs of your chapter 7 bankruptcy. Before you make that choice, we want you to understand the work that's involved in a chapter 7 case. That work is ~~divided into three lists:~~explained below.

Pre-Filing Services

- Meeting and consulting with you as needed prior to filing your case;
- Analyzing the information from your intake questionnaire and other documents;
- ~~Providing due diligence, legal analysis and legal advice in order to help you make important legal choices and to comply with the bankruptcy code and rules; and~~
- Review of your assets, debts, and financial history in a manner sufficient to make an informed decision regarding the possible existence of non-exempt property, non-dischargeable debts, potentially avoidable transfers and income levels that may render the filing in bad faith within the meaning of 11 U.S.C. Sec. 707(b)(3);
- Preparing and filing your Chapter 7 Voluntary Petition, Statement about Social Security Numbers, Pre-Filing Credit Counseling Certificate and List of Creditors to start your Chapter 7 case;~~.~~
- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures; and
- ~~Conducting a second signing appointment for you to review and sign your statements and schedules.~~

Standard Post-Filing Services

- ~~Preparing and filing your Statement of Financial Affairs and Schedules;~~
- ~~Preparing and filing your Means Test calculations and disclosures;~~
- ~~Conducting a second signing appointment for you to review and sign your statements and schedules;~~
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrat~~ing~~ and monitor~~ing~~ your case and communicating with you throughout the ~~process~~bankruptcy proceeding;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- ~~Noticing your employer to stop any garnishments;~~
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations;~~and~~
- ~~Any legal service required by the local rules.~~Reviewing and advising regarding any turnover demands from the Trustee; and
- Reviewing and advising you regarding any lien avoidance matters.

Supplemental Post-Filing Services

- ~~Reviewing and advising regarding any turnover demands from the Trustee~~

- Attending any continued Section 341 Meeting of Creditors <u>if the meeting is continued because the trustee needs more information, you failed to appear at a prior meeting, or some other reason for which you are at fault;</u>
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- ~~Reviewing and advising you regarding any lien avoidance matters;~~
- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules <u>if the amended document is required because you did not disclose information to us</u>; and
- Preparing and filing a motion to reinstate the case <u>if the dismissal of your case was caused by your failure to comply with your requirements as a debtor under the Bankruptcy Code.</u>

<u>Excluded Services</u>

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.
- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

**Your Options to Pay the Court's Filing Fee and Our Attorney Fee**

*Option #1 – Pay Before You File*

Under this Pay Before You File option, you will only sign this one agreement, and the Law Firm will provide both the Pre-Filing Services and the Standard Post-Filing Services listed above. Our attorney fee for filing and handling your chapter 7 bankruptcy is listed on the last page and includes the court's filing fee. If you require any of the Supplemental Post-Filing Services described above you will be required to pay additional legal fees based on our hourly rates of $350/hour for attorney time and $175/hour for paralegal time.

*Option #2 – File Now Pay Later*

Under the File Now Pay Later option, we will split our work for you into two separate agreements in order to offer you the ability to pay after your case is filed. You may review the second agreement before you sign this agreement. Under this Pre-Filing Agreement, we will only provide the Pre-Filing Services listed above. Our fee for the Pre-Filing Services (listed on the last page) must be paid in full before we file your case and includes the court's filing fee. The pre-filing services alone are not enough to successfully complete your chapter 7 case.

After your case is filed, you will have three choices:

1. You can represent yourself in your bankruptcy case (called "proceeding pro se"),
2. You can hire another attorney to represent you in your bankruptcy case, or
3. Within ten (10) days after your case is filed, you can enter into a Post-Filing Agreement with us.

2

If you choose to represent yourself or to hire another attorney to represent you (either of which are completely up to you) you will not owe us anything additional. We will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the Bbankruptcy Rrules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

If you choose to enter into a Post-Filing Agreement with us, we will provide you with the Standard Post-Filing Services listed above. Our fee for these services is listed on the last page and the first payment will become due thirty (30) days after the post-filing agreement is signed. If you require any of the Supplemental Post-Filing Services described above you will be required to pay additional legal fees based on our hourly rates of $350/hour for attorney time and $175/hour for paralegal time. Supplemental Post-Filing Service fees become due thirty (30) days after they are incurred.

**Important Information About Conflicts of Interest**

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are several actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C. The Law Firm is filing your case hoping that you will sign a Post-Filing Agreement, and this may create a conflict of interest between you and the Law Firm since executing the Post-Filing Agreement will obligate you to make post-filing payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D. If you choose the File Now Pay Later option but choose not to sign a Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E. We have explained this agreement to you and by signing this agreement you agree that we have fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

3

**Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee**

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A. Providing Information and Documents to the Law Firm. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B. Credit Counseling and Financial Management Courses. Before your case is filed, you must complete a credit counseling course and provide the Law Firm with a certificate proving that the course has been completed, and failing to do this will result in your case being dismissed. After your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course also has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C. Cooperating with the Chapter 7 Trustee. ~~The Bankruptcy Court will appoint a chapter 7 trustee for your case~~<u>A Chapter 7 Trustee will be appointed to administer your case</u>. The trustee will have various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors.  By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D. Your Creditor's Meeting and Other Examinations. Every person who files a chapter 7 case must attend a required ~~hearing~~<u>meeting</u> called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent ~~hearings~~<u>meetings</u> before the Trustee or <u>hearings before the</u> Judge.

**Additional Important Terms**

4

A. Unbundling or Limited-Scope Representation. By signing below, you acknowledge that the Law Firm has expressed that it is ready, willing and able to represent you for your entire chapter 7 case, even if you choose the File Now Pay Later option., ~~which will require you to sign~~ If you choose the File Now Pay Later option and you wish to have this Law Firm continue to represent you, you will need to sign a Post-Filing Agreement.

B. Chapter 13. Sometimes, after a case is filed, information comes to light or circumstances occur that make a Chapter 13 bankruptcy a better or more appropriate solution. In such cases ~~After further analysis and review of your financial situation~~, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. Required Disclosures. By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code, which is attached to the end of this agreement along with the U.S. Trustee's Bankruptcy Information Sheet.

D. Credit Reports. In order to ensure that all of your creditors are listed in your Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, you authorize the Law Firm to obtain such credit reports.

E. Credit Cards and Non-Dischargeable Debts. From this point forward, you must not charge anything to any of your credit cards or incur additional debt without first consulting with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

5

F. No Right to Dismissal of Your Case. By signing below you acknowledge that you understand that once your chapter 7 has been filed, you may not be able to voluntarily dismiss your case.

G. Electronic Data. You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

H. File Retention. You understand that the Law Firm will only retain your client file for ~~two~~ five (5~~2~~) years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

I. Consent to Electronic Signatures. You agree that this agreement may be electronically signed and that your electronic signature is the same as your handwritten signature for all purposes, including validity, enforceability, and admissibility. By signing this agreement electronically, you acknowledge that you have declined the option to sign a paper agreement and understand that you will receive a signed copy by email

J. We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code.

| Your Choice: | ☐ Option 1<br>*Pay Before You File*<br>Fee: $1,700.00<br>/Cost: $559.00 | ☒ Option 2<br>*File Now Pay Later*<br>Pre-Filing Cost: $900.00<br>/Fee: $559.00<br>Post-Filing Fee: $900.00<br>($900/month @ 1 months beginning within 30 days of signing a post-filing agreement) |
| --- | --- | --- |

_____   _____   _____
Debtor                    Date         Time


_____   _____   _____
Debtor                    Date         Time


_____   _____   _____
Cibik Law, P.C            Date         Time

Form Revised ~~August 17, 2022~~June 14, 2023

7

# Exhibit 2

## Revised Prefiling Agreement

## Pre-Filing Chapter 7 Bankruptcy Fee Agreement

By signing this agreement, you are hiring Cibik Law, P.C. (the "Law Firm") to represent you in a chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## The Work Involved in a Chapter 7 Case

We will give you two options below to pay our fees and the costs of your chapter 7 bankruptcy. Before you make that choice, we want you to understand the work that's involved in a chapter 7 case. That work is explained below.

- Pre-Filing Services Meeting and consulting with you as needed prior to filing your case;
- Analyzing the information from your intake questionnaire and other documents;
- Review of your assets, debts, and financial history in a manner sufficient to make an informed decision regarding the possible existence of non-exempt property, non-dischargeable debts, potentially avoidable transfers and income levels that may render the filing in bad faith within the meaning of 11 U.S.C. Sec. 707(b)(3);
- Preparing and filing your Chapter 7 Voluntary Petition, Statement about Social Security Numbers, Pre-Filing Credit Counseling Certificate and List of Creditors to start your Chapter 7 case;
- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures; and

Conducting a second signing appointment for you to review and sign your statements and schedules.Standard Post-Filing Services

- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrate and monitor your case and communicating with you throughout the bankruptcy proceeding;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations;
- Reviewing and advising regarding any turnover demands from the Trustee; and
- Reviewing and advising you regarding any lien avoidance matters.

Supplemental Post-Filing Services

- Attending any continued Section 341 Meeting of Creditors if the meeting is continued because the trustee needs more information, you failed to appear at a prior meeting, or some other reason for which you are at fault;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules if the amended document is required because you did not disclose information to us; and
- Preparing and filing a motion to reinstate the case if the dismissal of your case was caused by your failure to comply with your requirements as a debtor under the Bankruptcy Code.

Excluded Services

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.
- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

**Your Options to Pay the Court's Filing Fee and Our Attorney Fee**

*Option #1 – Pay Before You File*

Under this Pay Before You File option, you will only sign this one agreement, and the Law Firm will provide both the Pre-Filing Services and the Standard Post-Filing Services listed above. Our attorney fee for filing and handling your chapter 7 bankruptcy is listed on the last page and includes the court's filing fee. If you require any of the Supplemental Post-Filing Services described above you will be required to pay additional legal fees based on our hourly rates of $350/hour for attorney time and $175/hour for paralegal time.

*Option #2 – File Now Pay Later*

Under the File Now Pay Later option, we will split our work for you into two separate agreements in order to offer you the ability to pay after your case is filed. You may review the second agreement before you sign this agreement. Under this Pre-Filing Agreement, we will only provide the Pre-Filing Services listed above. Our fee for the Pre-Filing Services (listed on the last page) must be paid in full before we file your case and includes the court's filing fee. The pre-filing services alone are not enough to successfully complete your chapter 7 case.

After your case is filed, you will have three choices:

1. You can represent yourself in your bankruptcy case (called "proceeding pro se"),
2. You can hire another attorney to represent you in your bankruptcy case, or
3. Within ten (10) days after your case is filed, you can enter into a Post-Filing Agreement with us.

If you choose to represent yourself or to hire another attorney to represent you (either of which are completely up to you) you will not owe us anything additional. We will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the Bankruptcy Rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

If you choose to enter into a Post-Filing Agreement with us, we will provide you with the Standard Post-Filing Services listed above. Our fee for these services is listed on the last page and the first payment will become due thirty (30) days after the post-filing agreement is signed. If you require any of the Supplemental Post-Filing Services described above you will be required to pay additional legal fees based on our hourly

2

rates of $350/hour for attorney time and $175/hour for paralegal time. Supplemental Post-Filing Service fees become due thirty (30) days after they are incurred.

**Important Information About Conflicts of Interest**

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are several actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services.

C. The Law Firm is filing your case hoping that you will sign a Post-Filing Agreement, and this may create a conflict of interest between you and the Law Firm since executing the Post-Filing Agreement will obligate you to make post-filing payments that will not be discharged in your bankruptcy.

D. If you choose the File Now Pay Later option but choose not to sign a Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw.

E. We have explained this agreement to you and by signing this agreement you agree that we have fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

**Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee**

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A. Providing Information and Documents to the Law Firm. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your meeting of creditors

3

described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B. Credit Counseling and Financial Management Courses. Before your case is filed, you must complete a credit counseling course and provide the Law Firm with a certificate proving that the course has been completed, and failing to do this will result in your case being dismissed. After your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course also has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C. Cooperating with the Chapter 7 Trustee. A Chapter 7 Trustee will be appointed to administer your case. The trustee will have various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D. Your Creditor's Meeting and Other Examinations. Every person who files a chapter 7 case must attend a required meeting called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent meetings before the Trustee or hearings before the Judge.

**Additional Important Terms**

A. Unbundling or Limited-Scope Representation. By signing below, you acknowledge that the Law Firm has expressed that it is ready, willing and able to represent you for your entire chapter 7 case, even if you choose the File Now Pay Later option. If you choose the File Now Pay Later option and you wish to have this Law Firm continue to represent you, you will need to sign a Post-Filing Agreement.

B. Chapter 13. Sometimes, after a case is filed, information comes to light or circumstances occur that make a Chapter 13 bankruptcy a better or more appropriate solution. In such cases, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. Required Disclosures. By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your

4

discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code, which is attached to the end of this agreement along with the U.S. Trustee's Bankruptcy Information Sheet.

D. Credit Reports. In order to ensure that all of your creditors are listed in your Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, you authorize the Law Firm to obtain such credit reports.

E. Credit Cards and Non-Dischargeable Debts. From this point forward, you must not charge anything to any of your credit cards or incur additional debt without first consulting with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

F. No Right to Dismissal of Your Case. By signing below you acknowledge that you understand that once your chapter 7 has been filed, you may not be able to voluntarily dismiss your case.

G. Electronic Data. You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

H. **File Retention.** You understand that the Law Firm will only retain your client file for five (5) years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

I. **Consent to Electronic Signatures.** You agree that this agreement may be electronically signed and that your electronic signature is the same as your handwritten signature for all purposes, including validity, enforceability, and admissibility. By signing this agreement electronically, you acknowledge that you have declined the option to sign a paper agreement and understand that you will receive a signed copy by email

J. We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code.

Your Choice:       ☐  Option 1                    ☒  Option 2
                      *Pay Before You File*            *File Now Pay Later*

                      Fee: $1,700.00                  Pre-Filing Cost: $900.00

                      Cost: $559.00                   Fee: $559.00

                                                      Post-Filing Fee: $900.00

                                                      ($900/month @ 1 months beginning within 30 days of signing a post-filing agreement)

_____          _____          _____
Debtor                                       Date                      Time

_____          _____          _____
Debtor                                       Date                      Time

_____          _____          _____
Cibik Law, P.C                               Date                      Time

Form Revised June 14, 2023

6

# Exhibit 3

## Revised Post-filing Agreement REDLINED

## Post-Filing Chapter 7 Bankruptcy Fee Agreement

By signing this agreement, you are hiring Cibik Law, P.C. (the "Law Firm") to continue to represent you in your chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## The Work Involved to Complete a Chapter 7 Case

Standard Post-Filing Services

- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures;
- Conducting a second-signing appointment for you to review and sign your statements and schedules;
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrating and monitoring your case and communicating with you throughout the process bankruptcy proceeding;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Noticing your employer to stop any garnishments;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations; and
- Any legal service required by the local rules.
- Reviewing and advising you regarding any lien avoidance matters.

Supplemental Post-Filing Services

- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors if the meeting is continued because the trustee needs more information, you failed to appear at a prior meeting, or some other reason for which you are at fault;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;
- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules if the amended document is required because you did not disclose information to us; and
- Preparing and filing a motion to reinstate the case if the dismissal of your case was caused by your failure to comply with your requirements as a debtor under the Bankruptcy Code..

Excluded Services

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.
- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.

- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

## Payment to Complete your Chapter 7 Case

By entering into this agreement, you are agreeing to pay the Law Firm the amount stated on the last page for the standard services described above, which you agree to pay in the amount of time stated on the last page. If you require any of the Supplemental Services described above you will be required to pay additional legal fees based on our hourly rates of $350/hour for attorney time and $175/hour for paralegal time. Supplemental Post-Filing Service fees become due thirty (30) days after they are incurred.

## Information about the File Now Pay Later Option

By signing this agreement you authorize Cibik Law, P.C. to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information, your understanding of which is acknowledged by you signing this agreement: Collection Actions. If you do not make your payments when they are due, the law firm could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

## Important Information About Conflicts of Interest

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. ~~Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.~~

A.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. ~~By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.~~

C. You are not required to sign this Post-Filing Agreement but the Law Firm filed your case hoping that you would sign it, and this creates a conflict of interest between you and the Law Firm since executing this Post-Filing Agreement obligates you to make payments that will not be discharged in your bankruptcy. ~~By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.~~

D. If you choose not to sign this Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the

2

Law Firm to withdraw. ~~By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.~~

E.  If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed pro se or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm started collection actions against you for the attorney fee that you owe under this Post-Filing Agreement.  If that happens, the Law Firm ethically would no longer be able to represent you. ~~By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.~~

F.  We have explained this agreement to you and by signing this agreement you agree that we have fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

**Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee**

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A.  Providing Information and Documents to the Law Firm. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B.  Credit Counseling and Financial Management Courses. Before your case was filed, you completed a credit counseling course.  Now that your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C.  Cooperating with the Chapter 7 Trustee. ~~The Bankruptcy Court appointed a chapter 7 trustee for your case.~~ A Chapter 7 Trustee has been appointed to administer your case.

3

The trustee has various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors.  By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D. Your Creditor's Meeting and Other Examinations. Every person who files a chapter 7 case must attend a required ~~hearing~~ meeting called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent ~~hearings~~ mettings before the Trustee or hearings before the Judge.

**Additional Important Terms**

A. Chapter 13. Sometimes, after a case is filed, information comes to light or circumstances occur that make a Chapter 13 bankruptcy a better or more appropriate solution. In such cases ~~After further analysis and review of your financial situation,~~ the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

B. Required Disclosures.  By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code.

C. Non-Dischargeable Debts. Obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

4

D. No Right to Dismissal of Your Case. By signing below you acknowledge that you understand that once your chapter 7 was filed, you may not be able to voluntarily dismiss your case.

E. Electronic Data. You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

F. Right of Rescission. If you wish to cancel this agreement, you must notify us in writing of the cancellation within three (3) business days from the date you sign. If you cancel, we will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

G. File Retention. You understand that the Law Firm will only retain your client file for two five (25) years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

H. Payments and Authorizations. You (i) authorize the Law Firm, to collect the payments described above and debit the debit card and/or bank account you provide until the Contract Amount is paid in full, (2) authorize your depository institution to debit the same to your account, (3) agree that if a payment does not process for any reason, the payment may be re-attempted multiple times and on different dates until the payment clears, even if it means the end date of this payment contract will be extended, (7) agree that an additional $25.00 may be charged for each returned payment, which charge may be debited from your account separately from your regular recurring payment, and (8) certify that you are an authorized user of the debit card and/or bank account described below.

I. Consent to Electronic Signatures. You agree that this agreement and all other documents that we present to you may be electronically signed and that your electronic signature is the same as your handwritten signature for all purposes, including validity, enforceability, and admissibility. By signing this agreement and any other document electronically, you acknowledge that you have declined the option to sign a paper document and understand that you will receive a signed copy by email.

5

J.   We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code.

Post-filing fees: $———$900.00 (——1 months @ ——$900.00/month beginning in 30 days)

| Debtor | Date | Time |

| Debtor | Date | Time |

| Cibik Law, P.C | Date | Time |

Form Revised ~~August 17, 2022~~June 14, 2023

6

# Exhibit 4

## Revised Post-filing Agreement

## Post-Filing Chapter 7 Bankruptcy Fee Agreement

By signing this agreement, you are hiring Cibik Law, P.C. (the "Law Firm") to continue to represent you in your chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## The Work Involved to Complete a Chapter 7 Case

### Standard Post-Filing Services

- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrate and monitor your case and communicating with you throughout the bankruptcy proceeding;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations; and
- Reviewing and advising you regarding any lien avoidance matters.

### Supplemental Post-Filing Services

- Attending any continued Section 341 Meeting of Creditors if the meeting is continued because the trustee needs more information, you failed to appear at a prior meeting, or some other reason for which you are at fault;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules if the amended document is required because you did not disclose information to us; and
- Preparing and filing a motion to reinstate the case if the dismissal of your case was caused by your failure to comply with your requirements as a debtor under the Bankruptcy Code..

### Excluded Services

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.
- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

## Payment to Complete your Chapter 7 Case

By entering into this agreement, you are agreeing to pay the Law Firm the amount stated on the last page for the standard services described above, which you agree to pay in the amount of time stated on the last page. If you require any of the Supplemental Services described above you will

be required to pay additional legal fees based on our hourly rates of $350/hour for attorney time and $175/hour for paralegal time. Supplemental Post-Filing Service fees become due thirty (30) days after they are incurred.

**Information about the File Now Pay Later Option**

By signing this agreement you authorize Cibik Law, P.C. to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information, your understanding of which is acknowledged by you signing this agreement: Collection Actions. If you do not make your payments when they are due, the law firm could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

**Important Information About Conflicts of Interest**

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement.
B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services.

C. You are not required to sign this Post-Filing Agreement but the Law Firm filed your case hoping that you would sign it, and this creates a conflict of interest between you and the Law Firm since executing this Post-Filing Agreement obligates you to make payments that will not be discharged in your bankruptcy.

D. If you choose not to sign this Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw.

E. If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed pro se or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm started collection actions against you for the attorney fee that you owe under this Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you.

F. We have explained this agreement to you and by signing this agreement you agree that we have fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

**Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee**

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A.  Providing Information and Documents to the Law Firm. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B.  Credit Counseling and Financial Management Courses. Before your case was filed, you completed a credit counseling course.  Now that your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C.  Cooperating with the Chapter 7 Trustee. A Chapter 7 Trustee has been appointed to administer your case. The trustee has various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors.  By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D.  Your Creditor's Meeting and Other Examinations. Every person who files a chapter 7 case must attend a required meeting called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent mettings before the Trustee or hearings before the Judge.

**Additional Important Terms**

A.  Chapter 13. Sometimes, after a case is filed, information comes to light or circumstances occur that make a Chapter 13 bankruptcy a better or more appropriate solution. In such cases the Law Firm may determine that you do not qualify for a Chapter 7 or that a

3

Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

B.  Required Disclosures.  By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code.

C.  Non-Dischargeable Debts. Obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

D.  No Right to Dismissal of Your Case. By signing below you acknowledge that you understand that once your chapter 7 was filed, you may not be able to voluntarily dismiss your case.

E.  Electronic Data.  You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner.  The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address.  You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

F.  Right of Rescission.  If you wish to cancel this agreement, you must notify us in writing of the cancellation within three (3) business days from the date you sign.  If you cancel, we will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

G.  File Retention. You understand that the Law Firm will only retain your client file for five (5) years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

H.  Payments and Authorizations. You (i) authorize the Law Firm, to collect the payments described above and debit the debit card and/or bank account you provide until the Contract Amount is paid in full, (2) authorize your depository institution to debit the same to your account, (3) agree that if a payment does not process for any reason, the payment may be re-attempted multiple times and on different dates until the payment clears, even if it means the end date of this payment contract will be extended, (7) agree that an additional $25.00 may be charged for each returned payment, which charge may be debited from your account separately from your regular recurring payment, and (8) certify that you are an authorized user of the debit card and/or bank account described below.

I.  Consent to Electronic Signatures. You agree that this agreement and all other documents that we present to you may be electronically signed and that your electronic signature is the same as your handwritten signature for all purposes, including validity, enforceability, and admissibility. By signing this agreement and any other document electronically, you acknowledge that you have declined the option to sign a paper document and understand that you will receive a signed copy by email.

J.  We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code.

Post-filing fees: $900.00 (1 months @ $900.00/month beginning in 30 days)

| Debtor | Date | Time |
|---|---|---|
| Debtor | Date | Time |
| Cibik Law, P.C | Date | Time |

Form Revised June 14, 2023

5